DANIEL F. CROWLEY, Respondent, *v.* CITY OF NEW YORK, Appellant.

Argued April 20, 1949; decided May 26, 1949.

*John P. McGrath, Corporation Counsel* (*William E. Walsh, Seymour B. Quel* and *Frank A. Piazza* of counsel), for appellant.
*Richard J. Relyea, II,* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.